UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT
## Northern District of California
### San Francisco Division

| | |
|---|---|
| SYLVANA SEENO,<br>    Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC, et al.,<br>    Defendants.<br>_____/ | No. C 11-5258 EDL<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:        June 8, 2012<br>Mediator:  Peter Rukin |

IT IS HEREBY ORDERED that the request to excuse named defendant Maithri Jayasekera from personal attendance at the June 8, 2012, mediation session before Peter Rukin is GRANTED. Nevertheless, Maithri Jayasekera must be available to participate in the mediation session by telephone.

IT IS SO ORDERED.

June 4, 2012                             By: _____
Dated                                              Donna M. Ryu
                                                   United States Magistrate Judge

[GRANTED stamp — Judge Donna M. Ryu signature]