UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

SYLVANA SEENO,
          Plaintiff,

v.

BAYER HEALTHCARE LLC, et al.,
          Defendants.

No. C 11-5258 EDL

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:      June 8, 2012
Mediator:  Peter Rukin

    IT IS HEREBY ORDERED that the request to excuse named defendant Maithri Jayasekera from personal attendance at the June 8, 2012, mediation session before Peter Rukin is GRANTED. Nevertheless, Maithri Jayasekera must be available to participate in the mediation session by telephone.

    IT IS SO ORDERED.

June 4, 2012
———————————————   By: ———————————————
Dated                                              Donna M. Ryu
                                                     United States Magistrate Judge

[GRANTED — Judge Donna M. Ryu, United States Magistrate Judge, seal of United States District Court, Northern District of California]