```
1   JEROME SCHREIBSTEIN (SBN: 154051)
    LAW OFFICE OF JEROME SCHREIBSTEIN
2   Embarcadero Center West
    275 Battery Street, Eighteenth Floor
3   San Francisco, CA 94111
    Telephone: (415) 875-3355
4   Facsimile: (415) 358-9885

5   Attorneys for Defendants
    BAYER HEALTHCARE LLC and MAITHRI
6   JAYASEKERA

7   KEN M. MARKOWITZ (SBN 104674)
    BERNADETTE D. BANTLY (SBN 124659)
8   KENNEY & MARKOWITZ LLP
    255 California Street, Suite 1300
9   San Francisco, CA 94111
    Telephone: (415) 397-3100
10  Facsimile: (415) 397-3170

11  Attorneys for Plaintiff
    SYLVANA SEENO
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVANA SEENO, | Case No. C 11-05258 EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ACTION** |
| vs. | |
| BAYER HEALTHCARE LLC; MAITHRI JAYASEKERA and DOES 1-10, | |
| Defendants. | |

## STIPULATION

It is hereby stipulated between Plaintiff Sylvana Seeno, on the one hand, and Defendants Maithri Jayasekera and Bayer Healthcare LLC, on the other hand, as follows: this matter has now been fully resolved and, per agreement between the parties, should be dismissed in its entirety with prejudice.

- 1 -
**STIPULATION AND ORDER RE: DISMISSAL OF ACTION**
(Case No. C 11-05258 EDL )

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 18, 2012

                LAW OFFICE OF JEROME SCHREIBSTEIN

                By        /S/

                Jerome Schreibstein
                Attorneys for Defendants BAYER HEALTHCARE LLC and MAITHRI JAYASEKERA

Dated: October 18, 2012

                KENNEY & MARKOWITZ LLP

                By        /S/

                KEN M. MARKOWITZ
                BERNADETTE D. BANTLY
                Attorneys for Plaintiff
                SYLVANA SEENO

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT THIS ENTIRE ACTION IS HEREBY DISMISSED WITH PREJUDICE, ALL PARTIES TO BEAR THEIR OWN COSTS AND ATTORNEYS' FEES.

Dated: October 25, 2012

                United States Magistrate Judge
                Elizabeth D. LaPorte