JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendants
BAYER HEALTHCARE LLC and MAITHRI JAYASEKERA

KEN M. MARKOWITZ (SBN 104674)
BERNADETTE D. BANTLY (SBN 124659)
KENNEY & MARKOWITZ LLP
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 397-3100
Facsimile: (415) 397-3170

Attorneys for Plaintiff
SYLVANA SEENO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVANA SEENO, | Case No. C 11-05258 EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ACTION** |
| vs. | |
| BAYER HEALTHCARE LLC; MAITHRI JAYASEKERA and DOES 1-10, | |
| Defendants. | |

## STIPULATION

It is hereby stipulated between Plaintiff Sylvana Seeno, on the one hand, and Defendants Maithri Jayasekera and Bayer Healthcare LLC, on the other hand, as follows: this matter has now been fully resolved and, per agreement between the parties, should be dismissed in its entirety with prejudice.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 18, 2012

                         LAW OFFICE OF JEROME SCHREIBSTEIN

                         By         /S/              
                            Jerome Schreibstein
                            Attorneys for Defendants BAYER
                            HEALTHCARE LLC and MAITHRI
                            JAYASEKERA

Dated: October 18, 2012

                         KENNEY & MARKOWITZ LLP

                         By         /S/              
                            KEN M. MARKOWITZ
                            BERNADETTE D. BANTLY
                            Attorneys for Plaintiff
                            SYLVANA SEENO

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT THIS ENTIRE ACTION IS HEREBY DISMISSED WITH PREJUDICE, ALL PARTIES TO BEAR THEIR OWN COSTS AND ATTORNEYS' FEES.

Dated: October 25, 2012

                         United States Magistrate Judge
                         Elizabeth D. LaPorte